People *v.* Alfred Clark. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 October 5, 1971, at Detroit. (Docket No. 10434.) Decided October 28, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Robert Mann,* for defendant on appeal.

Before: Lesinski, C. J., and J. H. Gillis and V. J. Brennan, JJ.

Memorandum Opinion. The defendant pled guilty to murder of the second degree, MCLA § 750.317 (Stat Ann 1954 Rev § 28.549), and was sentenced to a term of 20–30 years imprisonment.

An examination of the record and briefs discloses no prejudicial error.

The motion to affirm is granted.

Knight *v.* Imlay City Community Schools District 6. Appeal from Lapeer, James P. Churchill, J. Submitted Division 2 October 6, 1971, at Lansing. (Docket No. 10435.) Decided October 28, 1971. Leave to appeal denied, 387 Mich 798.

*Craig, Fieger & Golden* (by *Mark H. Cousens*), for plaintiff.

*Morrice & Lengemann,* for defendant.

Before: Quinn, P. J., and Danhof and Targonski, JJ.

Memorandum Opinion. Plaintiff's appeal from the grant of defendant's motion for summary judgment, GCR 1963, 117.2(1), is controlled by *Caddell* v. *Ecorse Board of Education* (1969), 17 Mich App 632.

Affirmed.